Sarah J. Crouch, Esq. (SC 1174)
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Newark

**Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

------------------------------------X
In Re:
    Dina Cela                        Chapter 7

                                 Case No. 19-23285
    Debtor                         Hon. Stacey L. Meisel

                                 Hearing Date: 08/06/2019
                                 Time: 10:00 AM
------------------------------------X

ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362(C)(3)(B)

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Dina Cela
Case No.: 19-23285
Caption: ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362 (C)(3)(B)
------------------------------------

THIS MATTER having been opened to the Court by Fitzgerald & Crouch, P.C., the debtor's counsel, upon the debtor's Motion for an Order extending the automatic stay contained within 11 U.S.C. § 362 as to all creditors beyond 30 days pursuant to 11 U.S.C. § 362(c)(3)(B); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the automatic stay of the Bankruptcy Code contained within 11 U.S.C. § 362 thereof be and hereby is to continue as to all creditors for the duration of this Chapter 7 proceeding, or until such time as the stay is terminated under 11 U.S.C. 11 U.S.C. § 362 (c)(1) or (c)(2), or a motion for relief is granted under 11 U.S.C. § 362(d).

United States Bankruptcy Court
District of New Jersey

In re:  
Dina Cela  
     Debtor

Case No. 19-23285-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 13, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.  
db            +Dina Cela,   239 Franklin Avenue,   Maplewood, NJ 07040-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:  
           Charles M. Forman     cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com  
           Nicholas Fitzgerald     on behalf of Debtor Dina  Cela nickfitz.law@gmail.com  
           Sarah J. Crouch     on behalf of Debtor Dina  Cela nickfitz.law@gmail.com,  
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 4