UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Dina Cela

Case No.: 19-23285 (SLM)

Chapter: 7

Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on October 15, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 239 Franklin Avenue, Maplewood, NJ, having a fair market value of $280,000.00.

> Liens on property:
>
> Specialized Loan Servicing
> $395,163.30

> Amount of equity claimed as exempt: None claimed

Objections must be served on, and requests for additional information directed to:

Name: Charles M. Forman, Trustee
Address: Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.: 201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Dina Cela  
    Debtor

Case No. 19-23285-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 10, 2019  
                              Form ID: pdf905     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
```
db            +Dina Cela,    239 Franklin Avenue,    Maplewood, NJ 07040-3523
518340998     +Shapiro & DeNardo,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
518340999     +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:37     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:32     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518341000     +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:49     Synchrony Bank/ Old Navy,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:
```
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
           for GSMPS Mortgage Loan Trust 2005-RP1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Nicholas Fitzgerald    on behalf of Debtor Dina Cela nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Dina  Cela nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```